IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Marfoe, Joseph R

Printed: 12/28/07

Case Number: 04 B 30809
Judge: Squires, John H
Filed: 8/19/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 19, 2007
Confirmed: November 10, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,228.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 13,544.99 |
| Priority: |  | 0.00 |
| Administrative: |  | 894.00 |
| Trustee Fee: |  | 789.01 |
| Other Funds: |  | 0.00 |
| Totals: | 15,228.00 | 15,228.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Karen Walin | Administrative | 894.00 | 894.00 |
| 2. | ECast Settlement Corp | Unsecured | 46.63 | 129.60 |
| 3. | Jefferson Capital | Unsecured | 289.84 | 805.52 |
| 4. | Personal Finance Company | Unsecured | 197.50 | 548.90 |
| 5. | Resurgence Financial LLC | Unsecured | 966.34 | 2,685.63 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,163.41 | 3,233.34 |
| 7. | Capital One | Unsecured | 517.64 | 1,438.63 |
| 8. | Capital One | Unsecured | 169.37 | 470.80 |
| 9. | American Express Travel Relate | Unsecured | 1,522.98 | 4,232.57 |
| 10. | Best Buy | Unsecured |  | No Claim Filed |
| 11. | Bmw Of North America | Unsecured |  | No Claim Filed |
| 12. | Citi Cards | Unsecured |  | No Claim Filed |
| 13. | Citibank | Unsecured |  | No Claim Filed |
| 14. | Palos Community Hospital | Unsecured |  | No Claim Filed |
| 15. | First USA | Unsecured |  | No Claim Filed |
| 16. | O'reilly Medical Consultants | Unsecured |  | No Claim Filed |
| 17. | Personal Finance Company | Unsecured |  | No Claim Filed |
| 18. | Tweeter | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,767.71 | $ 14,438.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 171.80 |
| 4% | 46.11 |
| 3% | 37.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Marfoe, Joseph R

Printed:  12/28/07

Case Number:  04 B 30809
Judge:  Squires, John H
Filed:  8/19/04

|      |        |
|------|--------|
| 5.5% | 210.90 |
| 5%   | 62.10  |
| 4.8% | 122.20 |
| 5.4% | 138.66 |
|      | _____ |
|      | $ 789.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

